

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

WILLIAM XAVIER ARCHIBALD III,

        Plaintiff,

v.

JOHN DOE, et al.,

        Defendants.

Case No.:  3:26-cv-02215-JES-DDL

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

On April 3, 2026, Plaintiff William Xavier Archibald III ("Plaintiff"), proceeding pro se, filed a Complaint against John Doe (ECF No. 1), but did not pay the $405.00 filing fee and did not move to proceed in forma pauperis ("IFP"). On May 26, 2026, the Court issued an order to show cause ("OSC") for Plaintiff to either pay the filing fee or file a motion to proceed IFP no later than June 23, 2026. ECF No. 2. The Court cautioned Plaintiff that if he did not pay the filing fee or move to proceed IFP, the Court would dismiss the case. *Id.*

As of the date of this Order Plaintiff has not responded to the Court's OSC. Accordingly, the Court **DISMISSES** this action without prejudice for failure to comply with the Court's Order. The Clerk of Court shall enter final judgment accordingly and close

1

the file.

**IT IS SO ORDERED.**

Dated: July 8, 2026

Honorable James E. Simmons Jr.
United States District Judge